MARY JO O'NEILL, AZ BAR #005924
ANDREA G. BARAN, MO BAR #45620
HILLARY K. VALDERRAMA, TX BAR #24075201
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, PHOENIX DISTRICT OFFICE
3300 N. CENTRAL AVE., SUITE 690
TELEPHONE: (602) 640-5049
FAX: (602) 640-5009
Email:  mary.oneill@eeoc.gov
        andrea.baran@eeoc.gov
        hillary.valderrama@eeoc.gov

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) ) ) |
| Petitioner, | ) Case No.: ) |
| vs. | ) **APPLICATION FOR AN ORDER TO** ) **SHOW CAUSE WHY AN** ) **ADMINISTRATIVE SUBPOENA** |
| Fidelity National Law Group, | ) **SHOULD NOT BE ENFORCED** ) |
| Respondent. | ) ) ) |

1. This is an action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-9.

2. Jurisdiction is conferred upon the court by Section 706 (f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

1

3. Petitioner, the Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent, Fidelity National Law Group, is an employer doing business in the State of Arizona with a facility in Phoenix, Arizona.

5. On December 23, 2011, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), the EEOC issued to Respondent Subpoena No. PHX-12-16, which was duly served on Respondent.

6. Subpoena No. PHX-12-16 required Respondent to produce information needed as part of the EEOC's investigation of two charges of unlawful employment practices filed against Respondent, Charge No. 540-2010-03818 and Charge No. 540-2011-01149.

7. Respondent has not filed a petition to revoke or modify the Subpoena.

8. Respondent has not responded to the Subpoena.

9. Respondent has refused to comply with Subpoena No. PHX-12-16.

10. Respondent's failure to comply with the Subpoena has delayed and hampered the EEOC's investigation.

11. The accompanying Memorandum and Declaration of Rayford O. Irvin, District Director, filed concurrently herewith, and the exhibits and attachments thereto,

provide the factual and legal support for this Application. The Memorandum and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

    a) That the Court issue an Order directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing Respondent to comply with the subpoena;

    b) That, upon return of the Order to Show Cause, an Order issue directing Respondent to comply with the subpoena; and

    c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

RESPECTFULLY SUBMITTED this 2nd day of May, 2012.

    MARY JO O'NEILL
    Regional Attorney

    ANDREA G. BARAN
    Supervisory Trial Attorney

    */s/ Hillary K. Valderrama*
    HILLARY K. VALDERRAMA
    Trial Attorney

    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    Phoenix District Office
    3300 N. Central Ave., Ste. 690
    Phoenix, AZ 85012

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of May, 2012, I delivered the foregoing document by U.S. Mail, first-class postage prepaid, to Respondent at the following address:

Vonya Smalley
Fidelity National Law Group
60 E. Rio Salado Parkway
Tempe, AZ 85281

*/s/ Hillary K. Valderrama*
Trial Attorney